178 So. 240

**Thad POOLE et al. v. STATE.**

**2 Div. 111.**

Supreme Court of Alabama.

Jan. 13, 1938.

J. C. Locke, of Marion, for petitioners.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Thad Poole, Bennie Hayes, and Bluff Woods for certiorari to Court of Appeals to review and revise the judgment and decision of that court in the case of Poole et al. v. State, 178 So. 238.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.